Entered on Docket
September 22, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed September 22, 2014

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-50221-ASW |
| JOHN JEFFERSON VITALICH and MARIA TERESA AURIGUE VITALICH, | CHAPTER 11 |
| Debtors. | |
| JOHN and MARIA VITALICH, | Adversary Proceeding |
| Plaintiffs, | Case No. 11-5321-ASW |
| vs. | **DEFAULT JUDGMENT** |
| KATHLEEN O'SULLIVAN MAHAN, et al., | |
| Defendants. | |

    Defendant Kathleen O'Sullivan Mahan ("Defendant") having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiffs John and Maria Vitalich ("Plaintiffs") and upon declaration that Defendant is indebted to Plaintiffs in the principal sum of $775,000.00 plus prejudgment interest thereon in the amount of $351,828.77; that Defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure as incorporated by Rule 7055

of the Federal Rules of Bankruptcy Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby:

ORDER, ADJUDGED, and DECREED that Plaintiffs John and Maria Vitalich recover from Defendant Kathleen O'Sullivan Mahan the sum of $1,126,828.77, plus interest at the rate of $212.32 per day, according to law, from the date of this judgment until the entire amount is paid.

END OF JUDGMENT